UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RUFUS C. ROCHELL,**

    **Plaintiff,**

v.                                   **CASE NO. 1:14cv31/MCR/GRJ**

**U.S. SENIOR JUDGE MAURICE M. PAUL
and AUSA LYNDIA P. BARRETT-SPEARS,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 2, 2014. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915A because the Complaint is frivolous and Plaintiff seeks monetary relief against a defendant who is immune from suit. Such dismissal will operate as a "strike" pursuant to 28 U.S.C. § 1915(g). If Plaintiff accumulates three strikes, he will be barred from proceeding *in forma pauperis* in a civil case in federal court, absent a showing that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

3.  Plaintiff's motion to proceed *in forma pauperis* (doc. 4) is **DENIED**.

**DONE and ORDERED** this 7th day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**